UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-cv-163-RJC

| JAMES GRAHAM, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) |  |
|  | ) | **ORDER** |
|  | ) |  |
| GLENN BULLOCK, Unit Manager, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

**THIS MATTER** comes before the Court on pro se Plaintiff James Graham's "Motion for Entry of Default," (Doc. No. 15), filed on October 16, 2013, in which Plaintiff seeks entry of default against Defendants for failure to submit an Answer or responsive pleading.

Plaintiff's motion is **DENIED** as moot, as Defendants filed an Answer on October 8, 2013.

Signed: November 8, 2013

Robert J. Conrad, Jr.
United States District Judge

-1-